IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PATRICK BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-076 |
| | ) | |
| GINO BRANTLEY; CAPTAIN DANIELS; CAPTAIN HARRELL; DETRA WILLIS; CORPORAL SEYMORE; CORPORAL ELLISON; CORPORAL DELAGO; CORPORAL KUNTZ; CORPORAL CAVELL; DEPUTY THOMAS; DEPUTY SEARS; DEPUTY BUSBY; DEPUTY GIST; DEPUTY BRINTSON; DEPUTY BLASTINGGAME; DEPUTY GILMORE; DEPUTY PRESCOTT; DEPUTY MCDANIELS; DEPUTY GABI; DEPUTY TRAVIS; DEPUTY CARLEE; DEPUTY PERISH; LIEUTENANT JENKINS; DOCTOR CARSON; DOCTOR CROSBY; NURSE BAKER; NURSE CLARK; NURSE PERLEY; NURSE ROGERS; and CHAPLAIN THOMAS CLICK, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 23rd day of June, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA